IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN D. BLACK[1],

    Plaintiff,               No. CIV S-05-1622 MCE DAD P

    vs.

J. TUGGLE, et al.,

    Defendants.

_____/    ORDER

    Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

    Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $4.47 will be assessed by this

---

[1] The court notes that in the caption of the complaint, the named plaintiff is listed as "Kevin D. Black, et. al." However, this case is proceeding with Kevin Black as the sole plaintiff and has not been certified as a class action.

1

1 order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to
2 collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the
3 Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the
4 preceding month's income credited to plaintiff's prison trust account. These payments will be
5 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
6 account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

7       The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
8 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a
9 reasonable opportunity to prevail on the merits of this action.

10       On August 15, 2005, plaintiff filed a motion for a temporary restraining order. In
11 this regard, plaintiff requests an order prohibiting Folsom State Prison from using certain dish
12 washing detergents until "the prison has found & purchased proper detergent & has properly
13 instructed inmate workers, & issued adequate personal protective equipment, ie. thermo glove,
14 safety glasses, & dust mask." (Mot. at 3.) Plaintiff makes a similar request for relief in his
15 complaint. The court will deny plaintiff's motion for a temporary restraining order without
16 prejudice. Local Rule 65-231 sets forth the documents which must accompany such a motion.
17 Here, plaintiff has failed to submit a brief on the legal issues, an affidavit in support of the
18 existence of an irreparable injury and a proposed order. Plaintiff is also advised that except in
19 the most extraordinary of circumstances, the court will not grant injunctive relief unless the party
20 seeking the relief has given actual notice to all parties affected by the relief sought. See Local
21 Rule 65-231(a). At this time, the defendants have no notice of the pending action. Once plaintiff
22 has submitted the documents for service on the defendants, defendants will be served with a copy
23 of the complaint and are required to respond to plaintiff's complaint.

24       On October 3, 2005, plaintiff filed a motion for the appointment of counsel. The
25 United States Supreme Court has ruled that district courts lack authority to require counsel to
26 represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296,

298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is assessed an initial partial filing fee of $4.47. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

3. Service is appropriate for the following defendants: correctional officer J. Tuggle, Sergeant Clemmons, Joe Frans, and Karen Wong.

4. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed August 15, 2005.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Five copies of the endorsed complaint filed August 15, 2005.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

3

1       7. Plaintiff's August 15, 2005 motion for a temporary restraining order is denied
2 without prejudice.
3       8. Plaintiff's October 3, 2005 motion for the appointment of counsel is denied.
4 DATED: November 15, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:4
blac1622.1+

4

1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10  KEVIN D. BLACK,
11          Plaintiff,                           No. CIV S-05-1622 MCE DAD P
12     vs.
13  J. TUGGLE, et al.,                           NOTICE OF SUBMISSION
14          Defendants.                          OF DOCUMENTS
15  _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18          ____        completed summons form
19          ____        completed USM-285 forms
20          ____        copies of the _____
                                    Complaint/Amended Complaint
21  DATED:
22
23                                               _____
                                                 Plaintiff
24
25
26