IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN D. BLACK,

      Plaintiff,                         No. CIV S-05-1622 MCE DAD P

   vs.

J. TUGGLES, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff has filed interrogatories, request for admissions, and requests for the production of documents. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

/////

/////

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's March 28, 2006
2 interrogatories, request for admissions, and requests for production of documents will be placed
3 in the court file and disregarded.
4 DATED: April 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
black1622.411