IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEVIN D. BLACK,**<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. TUGGLES, et al. ,**<br><br>　　　　　　　　　Defendants. | CIV S-05-1622 MCE DAD P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S VARIOUS DISCOVERY REQUESTS** |

Defendants request for an extension of time to respond to Plaintiff's request for production of documents, request for admissions and interrogatories was considered by this Court, and good cause appearing

　　**IT IS HEREBY ORDERED**  that the Defendants have until June 14, 2006, to serve their responses to plaintiff's discovery requests.

DATED: May 17, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
blac1622.eot