IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN D. BLACK,

    Plaintiff,                           No. CIV S-S-05-1622 MCE DAD P

   vs.

J. TUGGLES, et al.,

    Defendants.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 16, 2006, plaintiff filed a motion requesting a court order to compel responses to his discovery requests. On May 18, 2006, the court granted defendants an extension of time and ordered that their responses be served by June 14, 2006. In their opposition to plaintiff's motion, defendants contend that the responses were served on June 14 and that plaintiff's motion is premature.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's June 16, 2006 motion to compel responses to his discovery requests, is denied.

DATED: June 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
black1622.mtc