IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEVIN D. BLACK,** | No. CIV S-05-1622 MCE DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S VARIOUS DISCOVERY REQUESTS** |
| v. | |
| **J. TUGGLES, et al.,** | |
| Defendants. | |

Defendants request for an extension of time to respond to Plaintiff's second requests for admission, interrogatories, and requests for production of documents was considered by this Court, and good cause appearing

**IT IS HEREBY ORDERED** that the Defendants have until September 21, 2006, to serve their responses to plaintiff's various discovery requests.

DATED: August 28, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
blac1622.eot2